# EXHIBIT B



3NLED™ WWW. 3NLED. COM

Atlanta, GA Office & Warehouse
MON-FRI 9：00AM-6：00PM GMT -4
sales@3nled.com

Please enter the name or number

## Products

- T8 LED Tube Light
- LED Panel Light
- LED High Bay
- LED Bulb Light
- T5 LED Tube Light
- LED Street Light
- T10 LED Tube Light

## Recommended Products

10 26W 180cm PSE T8 LED Tube L
SNT8W-18

## Contact Us

Add:Building 3, Tiankou Industrial Zone, Xixiang Town, Bao'an District,Shenzhen City, China

E-mail:sales@3nled.com

Tel:+86-755-27516500

# Products

**14W UL T8 LED Tube Light SNT8B-09S**
Voltage: AC100-277V
Power: 14W
Size: φ26mmxL895mm
Certifications: UL,TUV,PSE,ROHS,CUL,LM80,LM79

**18W UL T8 LED Tube Light SNT8B-12S**
Voltage: AC100-277V
Power: 18W
Size: φ26mmxL1198mm
Certifications: UL,CUL,TUV,PSE,ROHS,LM80,LM79

**22W UL T8 LED Tube Light SNT8B-15S**
Voltage: AC100-277V
Power: 22W
Size: φ26mmxL1498mm
Certifications: UL,CUL,TUV,PSE,ROHS,LM80,LM79

**26W UL T8 LED Tube Light SNT8B-18S**
Voltage: AC100-277V
Power: 26W
Size: φ26mmxL1764mm
Certifications: PSE,ROHS,LM80

**36W UL T8 LED Tube Light SNT8B-24S**
Voltage: AC100-277V
Power: 36W
Size: φ26mmxL2367mm
Certifications: PSE,ROHS,LM80

**9W UL T8 LED Tube Light SNT8W-06**
Voltage: AC 100-277V
Power: 9W
Size: φ26mmxL588mm
Certifications: PSE,ROHS,DLC,CUL

**14W UL T8 LED Tube Light SNT8W-09**
Voltage: AC 100-277V
Power: 14W
Size: φ26mmxL895mm
Certifications: PSE,ROHS,CUL

**18W UL T8 LED Tube Light SNT8W-12**
Voltage: AC 100-277V
Power: 18W
Size: φ26mmxL1198mm
Certifications: DLC,PSE,ROHS,CUL

**22W UL T8 LED Tube Light SNT8W-15**
Voltage: AC 100-277V
Power: 22W
Size: φ26mmxL1498mm
Certifications: PSE,ROHS,CUL

**36W UL T8 LED Tube Light SNT8W-24**
Voltage: AC 100-277V
Power: 36W
Size: φ26mmxL2367mm
Certifications: PSE,ROHS

first previous 1 2 next last

# 3NLED
## WWW.3NLED.COM

**Atlanta, GA Office & Warehouse**
MON-FRI 9：00AM-6：00PM GMT -4
sales@3nled.com

Please enter the name or number

| Home | About Us | Products | Projects | Distributors | News | Download | Contact |

LED Tube Light     LED Bulb Light     LED Street Light     LED panel light     LED high bay

## Products

- T8 LED Tube Light
- LED Panel Light
- LED High Bay
- LED Bulb Light
- T5 LED Tube Light
- LED Street Light
- T10 LED Tube Light

### Recommended Products



40W T10 LED Tube Light SNT10 24S-00001

### Contact Us

**Add**:Building 3, Tiankou Industrial Zone, Xixiang Town, Bao'an District,Shenzhen City, China

**E-mail**:sales@3nled.com

**Tel**:+86-755-27516500

## Products



**9W UL T8 LED Tube Light SNT8B-06S**
Voltage: AC100- 277V
Power: 8W
Size:  26mmxL588mm
Certifications:
UL,DLC,CUL,TUV,PSE,ROHS,LM80,LM



**9W 60cm UL T8 LED Tube Light**
Voltage: AC100-277V
Power: 9W
Size:  26mmxL588mm
Certifications:
UL,CUL,TUV,PSE,ROHS,LM80,LM79



**9W Dimmable led tube light t8**
Voltage: AC 100-277V
Power: 9W
Size:  26mmxL588mm
Certifications: CE,DLC,CUL,ROHS



**14W Dimmable led tube light t8**
Voltage: AC 100-277V
Power: 14W
Size:  26mmxL895mm
Certifications: CE,CUL,ROHS



**18W Dimmable led tube light t8**
Voltage: AC 100-277V
Power: 18W
Size:  26mmxL1198mm
Certifications: CE,ROHS,DLC,CUL



**22W Dimmable led tube light t8**
Voltage: AC 100-277V
Power: 22W
Size:  26mmxL1498mm
Certifications: CE,ROHS,CUL



**26W Dimmable led tube light t8**
Voltage: AC 100-277V
Power: 26W
Size:  26mmxL1764mm
Certifications: CE,ROHS



**36W Dimmable led tube light t8**
Voltage: AC 100-277V
Power: 36W
Size:  26mmxL2367mm
Certifications: CE,ROHS



**26W 180cm PSE T8 LED Tube Light**
Voltage: AC 100-277V
Power: 26W
Size:  26mmxL1764mm
Certifications: PSE,ROHS



first | previous | 1 | **2** | next | last